**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------------------X

| | | |
|---|---|---|
| **RICHARD SHAW,** <br><br> **Plaintiff,** | : | |
| **- against -** | : | **C.A. No.: 06-233ML** |
| **LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE** <br><br> **Defendants.** | : | **ENTRY OF APPEARANCE** |

---------------------------------------------------------------X

The undersigned hereby formally enters her appearance as co-counsel for Defendants Lincoln Educational Services Corporation and Career Education Institute.

Dated: September 19, 2006
Providence, Rhode Island

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By: ______/s/ Rebecca McSweeney (#4020)____

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD SHAW,**<br><br>**Plaintiff,**<br><br>**- against -**<br><br>**LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE**<br><br>**Defendants.** | : | **C.A. No.: 06-233ML**<br><br>**Certificate of Service** |

The undersigned hereby certifies that Defendant's Entry of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 19th day of September, 2006.

/s/ Anthony J. DiOrio (#3419)