**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD SHAW,** **Plaintiff,** - against - **LINCOLN EDUCATIONAL SERVICES CORPORATION; CAREER EDUCATION INSTITUTE** **Defendants.** | : | **C.A. No.: 06-233ML** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff Richard Shaw and Defendant Lincoln Educational Services Corporation; Career Education Institute, through counsel for Plaintiff and counsel for Defendant, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action is hereby dismissed in its entirety, with prejudice to Plaintiff, and with no award of counsel fees or costs by the Court.

January 9, 2007
Date

By: /s/ Stephen Thomas Fanning
Stephen Thomas Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02903
*Attorney for Plaintiff*

January 9, 2007
Date

By: /s/ Anthony J. DiOrio
Anthony J. DiOrio, Esq.
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
*Attorney for Defendant*